IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RODNEY C. NICKS,                          )
                                          )
                    Plaintiff,            )
                                          )
v.                                        )          Case No. 10-1220-JAR
                                          )
CARL BREWER, ET AL.                       )
                                          )
                    Defendants.           )

**ORDER**

On November 1, 2010, this matter came before the court for a telephone scheduling conference. The pro se plaintiff, Rodney C. Nicks, appeared on his own behalf, along with his friend, who is not a lawyer, Thomas Smith. Defendants Carl Brewer and Norman D. Williams appeared through counsel, Sharon L. Dickgrafe. Defendants Robert Hinshaw and Gary Steed appeared through counsel, Karen L. Powell. Defendants Conmed Healthcare Management Inc., Richard W. Turner, ConMed Inc. Director of Medical Service, and Kendra Maechten appeared through counsel, Michael Lee Baumberger. Defendant Thomas J. Flynn appeared through counsel, Standford J. Smith, Jr.

There are currently several motions to dismiss pending (*see* docs. 14, 16, 34, 38, 41, 43, and 45). Plaintiff has not yet responded to any of these motions, despite the fact that the time allowed for him to do so has expired on most of the motions. As discussed during the scheduling conference, plaintiff shall respond to any or all of these motions to dismiss by no

later than **November 15, 2010**.  Pursuant to D. Kan. Rule 6.1(d)(2), defendants must file any replies within 14 days of plaintiff's response.  If no response is filed, plaintiff is cautioned that the motions to dismiss will likely be considered as uncontested by the presiding U.S. District Judge, Julie A. Robinson.

No defendant has yet filed any motion to stay discovery in this matter pending resolution of the dispositive motions, despite the fact that nearly every defendant has sought dismissal.  As discussed, if defendants wish to seek a stay of discovery in this case, they shall do so (preferably in a single, joint motion) by no later than **November 15, 2010**.  Discovery in this matter shall be stayed until that date, and if a motion to stay is timely filed, the stay shall continue until that motion is decided.

IT IS SO ORDERED.

Dated November 1, 2010, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge