lml
# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**RODNEY C. NICKS,**

               **Plaintiff,**                 No. 10-1220-JAR

**v.**

**CARL BREWER, et al.,**

               **Defendants.**

## ORDER

    Plaintiff Rodney C. Nicks filed a Complaint in the above-captioned matter on July 7, 2010, alleging his civil rights were violated by various defendants when he was arrested on July 8, 2008 (Doc. 1). On October 4, 2010, plaintiff was ordered to show cause (Doc. 37) on or before October 22, 2010, why this case should not be dismissed with prejudice for lack of prosecution against the following defendants under Fed. R. Civ. P. 41(b): Jessie M. Cornwell, Jr., Jason Bartel and Richard W. Turner. Defendants Jason Bartel and Richard W. Turner subsequently filed Motions to Dismiss (Docs. 41, 50), which the Court addresses in a separate order. Plaintiff has not responded to the Order to Show Cause. Accordingly,

    **IT IS THEREFORE ORDERED BY THE COURT** that this action is dismissed, with prejudice, with respect to defendant Jessie M. Cornwell, Jr.

    **IT IS SO ORDERED.**

Dated: <u>November 23, 2010</u>

                                                      S/ Julie A. Robinson
                                                      JULIE A. ROBINSON
                                                      UNITED STATES DISTRICT JUDGE